No. 349. SOUTHERN PACIFIC CO. *v.* MILLER, ADMINISTRATRIX. District Court of Appeal of California, First Appellate District. Certiorari denied. *Arthur B. Dunne* for petitioner. *Clifton Hildebrand* for respondent. ▪

No. 364. INVESTORS ROYALTY CO., INC. *v.* MARKET TREND SURVEY, INC. ET AL. C. A. 10th Cir. Certiorari denied. *Neal E. McNeill* for petitioner.

No. 399. LAND SETTLEMENT & DEVELOPMENT CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Joseph P. Tumulty, Jr.* and *M. Joseph Matan* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 424. WESTINGHOUSE ELECTRIC CORP. *v.* BULLDOG ELECTRIC PRODUCTS CO. C. A. 4th Cir. Certiorari denied. *James M. Guiher* and *Ralph H. Swingle* for petitioner. *Arthur W. Dickey* and *S. Eugene Bychinsky* for respondent.

No. 432. MORAND BROTHERS BEVERAGE CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Leo F. Tierney* and *Louis A. Kohn* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 436. PEARSON ET AL. *v.* GARIEPY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William A. Roberts, Warren Woods, Irene Kennedy* and *John Donovan* for petitioners. *David*